# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

Robert P. Young, Jr.,
Chief Justice

150309(114)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOSEPH WHITE,
        Plaintiff-Appellant,

v

DETROIT EAST COMMUNITY MENTAL
HEALTH, M. SNOWDEN, SHIRLEY CALHOUN,
D. STERRETT, and GATEWAY COMMUNITY
HEALTH PROVIDER,
        Defendants-Appellees.
_____/

SC: 150309
COA: 314990
Wayne CC: 11-011126-CZ

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply in this application for leave to appeal is GRANTED. The reply will be accepted as timely filed if filed on or before December 31, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014

